UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

SCARLETT WATTS,

    Plaintiff,

v.                                                CASE NO.:   0:18-cv-60698-BLOOM/Valle

NEW PENN FINANCIAL, LLC d/b/a
SHELLPOINT MORTGAGE SERVICING
and BRITTANY BURKS
    Defendants.

_____/

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** Scarlett Watts, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, Scarlett Watts, settled this lawsuit with New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing and as part of the settlement, has agreed to the dismissal of all claims against Brittany Burks. The parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 6th day of December 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                    Respectfully submitted,

*/s/William "Billy" Peerce Howard, Esq.*
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*